-1-

## ATTACHMENT A

## DESCRIPTION OF THE PLACES TO BE SEARCHED

1. 3893 Werner Street, Norton Shores, MI 49444 is a single-story house, white in color, with a detached garage. 3893 is displayed over the garage in black numbers. The residence is located on the West side of Werner Street with the front door facing East. See below photograph.

2. Any outbuildings/garages located at the property at the time of execution.

3. Any vehicles located at the property over which the occupants of the house have ownership and/or control.

